UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,   __
        Government  X

v.                              Case No.  8:12-Cr-343-T-33AEP

JOHN D. STANTON, III           ___  Evidentiary
                                __  Trial
                              X  Other

        Defendant  __

| GOVERNMENT'S EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | | | | Tax and Restitution Chart |
| 2 | | | | Trial Exhibit 10C |
| 3 | | | | Trial Exhibit 10D |
| 4 | | | | Trial Exhibit 10E |
| 5 | | | | Trial Exhibit 10M |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case Number:       8:12-Cr-343-T-33AEP

**EXHIBIT LIST - Continuation Sheet**

| GOVERNMENT'S EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |