UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:12-cr-343-T-33AEP | DATE: | August 8, 2013 |
|---|---|---|
| HONORABLE VIRGINIA M. HERNANDEZ COVINGTON | INTERPRETER: | N/A |
| | LANGUAGE: | |
| UNITED STATES OF AMERICA<br>v.<br>JOHN D. STANTON, III | GOVERNMENT COUNSEL<br>Robert Monk<br>Matt Mueller | |
| | DEFENSE COUNSEL<br>Paul DeCailly | |
| COURT REPORTER:  Paul Spangler | DEPUTY CLERK: | Lisa Bingham |
| TIME: 1:05 p.m. - 3:15 p.m.   TOTAL: 2/10 | PROBATION: | |
| | COURTROOM: | 14B |

PROCEEDINGS:    CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

(X)    Defendant is adjudged guilty on Counts ONE through EIGHT of the Indictment.

(X)    Imprisonment:    120 months; 36 as to Count ONE; 12 months as to each Counts TWO through EIGHT.  All such terms to run consecutively.

(X)    The Court recommends confinement:    FCI Pensacola, FL

(X)    Supervised release: 12 months as to each Counts ONE through EIGHT.  All such terms to run concurrently.

(X)    Fine:  Waived

(X)    Restitution: $37,816,875.00 to the Internal Revenue Service.
While in the custody of the Bureau of Prisons, you shall either (1) pay at least $25 quarterly if you have a non-Unicor job or (2) pay at least 50% of your monthly earnings if you have a Unicor job.  Upon release from custody, you are ordered to begin making payments of $300 per month and this payment schedule shall continue until such time as the Court is notified by the defendant, the victim, or the government that there has been a material change in his ability to pay.

(X)    Special Assessment:  $275.00

(X)    Special conditions of () probation (X) supervised release.

(X) Defendant shall participate as directed in a mental health program for mental health treatment approved by the probation officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the probation office's sliding scale for mental health treatment services.

(X) The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year.

(X) The defendant shall provide the probation officer access to any requested financial information.

(X) The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases. *or attempting to do so,* without *the express prior* approval of the probation officer.

(X) The defendant shall cooperate with the Internal Revene Service regarding all outstanding taxes, interest, and penalties relating to the offense of conviction.

(X) The defendant shall cooperate in the collection of DNA.

(X) Defendant is remanded to custody of the U.S. Marshal.

() Defendant to surrender to () designated institution () as notified by the U.S. Marshal

(X) Defendant advised of right to appeal and to counsel on appeal.

(X) Notice concerning special assessment/fine/restitution payments furnished to counsel for defendant.

OTHER: Defense counsel objects to the calculation of the tax loss, sophisticated means, abuse of position of trust, obstruction of justice, imposition of consecutive sentences, double jeopardy; OVERRULED

| ADVISORY GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING | | |
|---|---|---|
| | | Court's Departure: |
| Total Offense Level: | 36 | |
| Criminal History Category: | II | |
| Imprisonment Range: | 120 months | |
| Supervised Release Range: | 1 year as to Counts 1-8 | |
| Restitution: | $37,816,875.00 | |
| Fine Range: | $20,000 to $200,000 | |
| Special Assessment: | $100 | |